L. D. LLEWELLYN v. FLORIDA BOND & MORTGAGE CO.

150 So. 593.
Division B.
Opinion Filed October 25, 1933.

*Arthur Codington,* for Appellant;

*Price, Price & Hancock,* for Appellee.

PER CURIAM.—This cause coming on to be heard upon the transcript of the record of the decree of the court below and the briefs and arguments of counsel, it appears to the Court that there is no reversible error shown by the record, and it is therefore considered, ordered and adjudged by the Court that the decree and order appealed from be and the same are hereby affirmed.

Affirmed.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.